# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. PRINT CORPORATION., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DOTS, LLC, a Delaware limited liability company; Envy Clothing, Inc., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:13-CV-7688 FFM<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL** |

Pursuant to stipulation of the parties to this action that the complaint of plaintiff Mr. Print Corporation against Dots, LLC, a Delaware limited liability company, Envy Clothing, Inc., a California corporation, and DOES 1-10, inclusive be dismissed WITHOUT PREJUDICE.

Dated:  October 22, 2014

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

ORDER OF DISMISSAL